IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CYNTHIA DONN TESSLER,

    Plaintiff,

v.                                                  Civil Action No. 2:08cv234

NBC UNIVERSAL, INC.,

    Defendant.

## DEFENDANT'S MOTION FOR PREVAILING PARTY COSTS AND ATTORNEYS FEES

Defendant, NBC Universal, Inc. ("NBC"), by counsel and pursuant to the Copyright Act, 17 U.S.C. § 505, and Rule 54(d) of the Federal Rules of Civil Procedure, moves for an award of costs and attorney's fees, as a prevailing party in the above-captioned action. NBC respectfully submits that the Court should grant its motion for costs and attorney's fees under 17 U.S.C. § 505 and F.R.Civ. P., Rule 54(d) for all the grounds and authorities set forth in the Memorandum of Law in Support of Defendant's Motion for Prevailing Party Costs and Attorneys Fees filed with this motion.

Dated:  April 13, 2009                    Respectfully submitted,

                                                            /s/ Stephen E. Noona
                                                      Stephen E. Noona
                                                      VSB No. 25367
                                                      Kristan B. Burch
                                                      VSB No. 42640
                                                      R. Johan Conrod, Jr.
                                                      VSB No. 46765
                                                      *Counsel for Defendant NBC Universal, Inc.*
                                                      KAUFMAN & CANOLES, P.C.
                                                      150 West Main Street, Suite 2100
                                                      Norfolk, VA  23510
                                                      Telephone:  (757) 624-3000
                                                      Facsimile:   (757) 624-3169
                                                      senoona@kaufcan.com
                                                      kbburch@kaufcan.com
                                                      rjconrod@kaufcan.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Duncan G. Byers
VSB No. 48146
Duncan G. Byers, P.C.
142 W. York Street, Suite 910
Norfolk, VA  23510
Telephone:  (757) 227-3340
Facsimile:   (757) 227-3341
duncan.byers@byers-ip.com

    /s/ Stephen E. Noona
Stephen E. Noona
VSB No. 25367
Kristan B. Burch
VSB No. 42640
R. Johan Conrod, Jr.
VSB No. 46765
*Counsel for Defendant NBC Universal, Inc.*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169
senoona@kaufcan.com
kbburch@kaufcan.com
rjconrod@kaufcan.com

1464101\1