# STEPHEN E. NOONA



Stephen E. Noona is a trial lawyer who graduated from both the College and School of Law at the University of Virginia who practices with Kaufman & Canoles, P.C. in Norfolk, Virginia. Mr. Noona is the head of that firm's Trial Section, a former President of the Intellectual Property Law Section of the Virginia State Bar and the Tidewater Federal Bar Association and has served on the Virginia State Bar Professionalism Faculty for Lawyers and Law Students. He has tried intellectual property law matters across the country for the last twenty-three years, is listed in *Chamber's USA Business Lawyers Guide* as a top commercial litigation attorney, in *Virginia Business'* "Virginia Legal Elite," as one of the top 10 and top 50 "*Super Lawyers in Virginia,*" for intellectual property law litigation and in *Best Lawyers in America* as a top intellectual property law litigation attorney. He holds the highest rating given by Martindale-Hubbell$^{SM}$- (the leading rating service for lawyers.)

### AREAS OF FIRM PRACTICE
- Partner, Litigation
- Kaufman & Canoles, P.C., Trial/Litigation Section, Chairman
- Former Co-Chair, Technology Ventures Group
- Complex Commercial Litigation
- Trademark, Copyright & Patent Litigation
- First Amendment and Media Law
- Computer Law Litigation

### PROFESSIONAL MEMBERSHIPS
- Virginia State Bar
- Virginia Bar Association
- United States Supreme Court
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Federal Circuit
- United States District Court for the Eastern and Western Districts of Virginia
- American Bar Association Litigation and Intellectual Property Sections
- Norfolk and Portsmouth Bar Association
- Virginia Beach Bar Association

### LEADERSHIP POSITIONS
- Virginia State Bar, Intellectual Property Law Section, Board of Governors, Former President
- Virginia Bar Association, Intellectual Property Law Section, Board of Governors, Member
- Tidewater Chapter, Federal Bar Association, Past President

### EDUCATION
- University of Virginia School of Law, J.D., 1985
- University of Virginia, B.A., 1982 (High Distinction)

**ACADEMIC AND PROFESSIONAL HONORS**
- Phi Beta Kappa
- *Chambers USA: America's Leading Lawyers for Business* Guide, Commercial Litigation Attorney
- *Virginia Business* (Virginia Legal Elite)
- *Super Lawyers of Virginia*, Intellectual Property Law Litigation (Top 10 and Top 50 Lawyers)
- *Best Lawyers in America*, Intellectual Property Law Litigation Attorney
- Highest Rating given by Martindale-Hubbell$_{sm}$ (The leading rating service for lawyers)