# KAUFMAN & CANOLES

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW

July 30, 2008

NBC Universal, Inc.
Attn: Hillary Lane, Vice President-Litigation
30 Rockefeller Plaza, Room 1093E
New York, NY  10112

| | |
|---|---|
| Bill No.: | 694193 |
| Client No.: | 067460 |
| Matter No.: | 0132799 |
| | S.E. Noona |

For legal services rendered through July 25, 2008  in connection with:

ads. Cynthia Donn Tessler

## L110    Fact Investigation/Development

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/27/08 | Meeting with M.J. Carr regarding research for Motion to Dismiss Brief | | | | |
| | | S.E. Noona | 0.30 hrs. | 375.00/hr. | 112.50 |
| 06/30/08 | Preliminary research on contract/implied contract in Virginia | | | | |
| | | M.J. Carr | 0.10 hrs. | 160.00/hr. | 16.00 |
| 06/30/08 | Communicate with client regarding copyright deposit | | | | |
| | | S.E. Noona | 0.10 hrs. | 375.00/hr. | 37.50 |
| 07/06/08 | Review research issue re: choice of law | | | | |
| | | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 07/23/08 | Meeting with K&C associate regarding research issue | | | | |
| | | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| 07/25/08 | Background on brief to be filed and conversion issue | | | | |
| | | J.B. Reaves | 0.10 hrs. | 200.00/hr. | 20.00 |
| 07/25/08 | Meeting with Kaufman & Canoles associate regarding research | | | | |
| | | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| **TOTAL FOR L110** | | | **1.40** | | **$486.00** |

## L120    Analysis/Strategy

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/27/08 | Telephone conference with H. Lane regarding responsive pleading strategy | | | | |
| | | S.E. Noona | 0.90 hrs. | 375.00/hr. | 337.50 |
| 07/07/08 | Review e-mails from S. Noona re: choice of law research | | | | |
| | | M.J. Carr | 0.10 hrs. | 160.00/hr. | 16.00 |

NBC UNIVERSAL, INC.                                                                  July 30, 2008

### L120   Analysis/Strategy

| Date | Description | | | |
|---|---|---|---|---|
| 07/11/08 | Telephone conference with H. Lane and opposing counsel | | | |
| | S.E. Noona | 0.80 hrs. | 375.00/hr. | 300.00 |
| 07/25/08 | Telephone conference with H. Lane regarding opposing counsel's request | | | |
| | S.E. Noona | 0.10 hrs. | 375.00/hr. | 37.50 |
| **TOTAL FOR L120** | | **1.90** | | **$691.00** |

### L140   Document/File Management

| Date | Description | | | |
|---|---|---|---|---|
| 06/30/08 | Communicate with opposing counsel regarding pretrial materials | | | |
| | S.E. Noona | 0.10 hrs. | 375.00/hr. | 37.50 |
| 06/30/08 | Review "Parenting Your Parent" written materials | | | |
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| **TOTAL FOR L140** | | **0.60** | | **$225.00** |

### L210   Pleadings

| Date | Description | | | |
|---|---|---|---|---|
| 06/25/08 | Telephone conference with opposing counsel about responsive pleadings | | | |
| | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| 06/25/08 | Review responsive pleading status | | | |
| | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| 06/25/08 | Draft and revise pleadings | | | |
| | S.E. Noona | 0.60 hrs. | 375.00/hr. | 225.00 |
| 06/25/08 | Communicate with client about responsive pleadings | | | |
| | S.E. Noona | 0.10 hrs. | 375.00/hr. | 37.50 |
| 06/26/08 | Telephone conference with H. Lane regarding motion for extension to file responsive pleadings | | | |
| | S.E. Noona | 0.30 hrs. | 375.00/hr. | 112.50 |
| 06/27/08 | Review Complaint and attachments | | | |
| | M.J. Carr | 0.10 hrs. | 160.00/hr. | 16.00 |
| 07/01/08 | Revise portion of brief along with related case law | | | |
| | S.E. Noona | 0.80 hrs. | 375.00/hr. | 300.00 |
| 07/01/08 | Meeting with M.J. Carr regarding research issues for brief | | | |
| | S.E. Noona | 0.30 hrs. | 375.00/hr. | 112.50 |
| 07/02/08 | Review and revise draft of Motion to Dismiss re: Twombly standard of review and plaintiff's inability to establish substantial similarity | | | |
| | M.J. Carr | 1.00 hrs. | 160.00/hr. | 160.00 |
| 07/02/08 | Review revised brief insert and related materials | | | |
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 07/02/08 | Communicate with client regarding brief insert | | | |
| | S.E. Noona | 0.10 hrs. | 375.00/hr. | 37.50 |
| 07/03/08 | Review Order from Court | | | |

NBC UNIVERSAL, INC.                                                                                    July 30, 2008

## L210    Pleadings

|  |  | 0.10 hrs. | 375.00/hr. | 37.50 |
|---|---|---|---|---|
|  | S.E. Noona |  |  |  |
| 07/10/08 | Telephone conference with H. Lane regarding copyright deposit issue and extension of time to respond |  |  |  |
|  | S.E. Noona | 0.70 hrs. | 375.00/hr. | 262.50 |
| 07/10/08 | Telephone conference with opposing counsel re: amending Complaint |  |  |  |
|  | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 07/11/08 | Draft and revise Motion and Order regarding amendment of pleadings |  |  |  |
|  | S.E. Noona | 1.10 hrs. | 375.00/hr. | 412.50 |
| 07/11/08 | Telephone conference with opposing counsel regarding Extension Order |  |  |  |
|  | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| 07/15/08 | Review Order from the Court |  |  |  |
|  | S.E. Noona | 0.10 hrs. | 375.00/hr. | 37.50 |
| 07/22/08 | Review amended complaint and related materials |  |  |  |
|  | S.E. Noona | 1.00 hrs. | 375.00/hr. | 375.00 |
| 07/23/08 | Communicate with client regarding amended complaint |  |  |  |
|  | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| 07/23/08 | Review amended complaint and related materials |  |  |  |
|  | S.E. Noona | 0.60 hrs. | 375.00/hr. | 225.00 |
| **TOTAL FOR L210** |  | **8.60** |  | **$2,988.50** |

## L240    Dispositive Motions

| 06/27/08 | Conference with S. Noona re: research on 12(b)(6) and copyright cases |  |  |  |
|---|---|---|---|---|
|  | M.J. Carr | 0.10 hrs. | 160.00/hr. | 16.00 |
| 06/30/08 | Research recent changes to the motion to dismiss standard in the Eastern District of Virginia/Fourth Circuit |  |  |  |
|  | M.J. Carr | 0.60 hrs. | 160.00/hr. | 96.00 |
| 06/30/08 | Research copyright cases in all jurisdictions dismissing case at 12(b)(6) stage |  |  |  |
|  | M.J. Carr | 0.70 hrs. | 160.00/hr. | 112.00 |
| 06/30/08 | Draft Motion to Dismiss section of brief |  |  |  |
|  | M.J. Carr | 0.80 hrs. | 160.00/hr. | 128.00 |
| 07/01/08 | Revise standard of review and Count I sections of 12(b)(6) brief |  |  |  |
|  | M.J. Carr | 0.40 hrs. | 160.00/hr. | 64.00 |
| 07/01/08 | Conference with S. Noona re: revisions to brief |  |  |  |
|  | M.J. Carr | 0.30 hrs. | 160.00/hr. | 48.00 |
| 07/01/08 | Revise brief to include arguments re: dismissal based on insufficient pleading and dismissal based on failure of claim as matter of law |  |  |  |
|  | M.J. Carr | 1.00 hrs. | 160.00/hr. | 160.00 |
| 07/01/08 | Additional research in support of revisions to brief |  |  |  |
|  | M.J. Carr | 0.70 hrs. | 160.00/hr. | 112.00 |

NBC UNIVERSAL, INC.                                                                July 30, 2008

**L240   Dispositive Motions**

| 07/07/08 | Research re: choice of law tort and contract | | | |
|---|---|---|---|---|
| | M.J. Carr | 0.60 hrs. | 160.00/hr. | 96.00 |
| 07/07/08 | Draft e-mail to S. Noona and NBC counsel re: choice of law research | | | |
| | M.J. Carr | 0.20 hrs. | 160.00/hr. | 32.00 |
| 07/07/08 | Research re: statute of frauds | | | |
| | M.J. Carr | 0.20 hrs. | 160.00/hr. | 32.00 |
| **TOTAL FOR L240** | | **5.60** | | **$896.00** |

|  | TOTAL FOR SERVICES | $5,286.50 |
|---|---|---|

**DISBURSEMENTS AND OTHER FIRM CHARGES**

| 07/25/08 | Federal Express charges | 17.06 |
|---|---|---|
| | TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES | $17.06 |

| **CURRENT BILLING FOR THIS MATTER** | **$5,303.56** |
|---|---|

| **TOTAL DUE FOR THIS MATTER** | **$5,303.56** |
|---|---|

### Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| J.B. Reaves | 0.10 | 200.00 | $20.00 |
| M.J. Carr | 6.90 | 160.00 | $1,104.00 |
| S.E. Noona | 11.10 | 375.00 | $4,162.50 |
| | 18.10 | | $5,286.50 |

# KAUFMAN & CANOLES

## A PROFESSIONAL CORPORATION

### ATTORNEYS AND COUNSELORS AT LAW

August 27, 2008

NBC Universal, Inc.
Attn: Hillary Lane, Vice President-Litigation
30 Rockefeller Plaza, Room 1093E
New York, NY  10112

| | |
|---|---|
| Bill No.: | 699433 |
| Client No.: | 067460 |
| Matter No.: | 0132799 |
| | S.E. Noona |

For legal services rendered through August 25, 2008  in connection with:

ads. Cynthia Donn Tessler

**L110    L110 - Fact Investigation/Dev**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/28/08 | Reviewed draft Motion to Dismiss | | | |
| | J.B. Reaves | 0.60 hrs. | 200.00/hr. | 120.00 |
| 07/28/08 | Research Virginia and New York law re: conversion | | | |
| | J.B. Reaves | 1.70 hrs. | 200.00/hr. | 340.00 |
| 07/29/08 | Research Virginia Law on novelty of idea | | | |
| | J.B. Reaves | 0.30 hrs. | 200.00/hr. | 60.00 |
| 07/31/08 | Research on Breach of Contract/Implied Contract and Conversion | | | |
| | J.B. Reaves | 0.80 hrs. | 200.00/hr. | 160.00 |
| 07/31/08 | Telephone conference with client | | | |
| | J.B. Reaves | 0.70 hrs. | 200.00/hr. | 140.00 |
| 08/01/08 | Review Trading Places DVD | | | |
| | S.E. Noona | 0.70 hrs. | 375.00/hr. | 262.50 |
| **TOTAL FOR L110 - Fact Investigation/Dev** | | **4.80** | | **$1,082.50** |

**L120    L120 - Analysis/Strategy**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/28/08 | Reviewed Amended Complaint and proposed Motion to Dismiss | | | |
| | J.B. Reaves | 0.30 hrs. | 200.00/hr. | 60.00 |
| 07/28/08 | Telephone conference with H. Lane and J.B. Reaves regarding conversion and related issues | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 07/29/08 | Email from client | | | |
| | J.B. Reaves | 0.20 hrs. | 200.00/hr. | 40.00 |

## L120   L120 - Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| 07/30/08 | Reviewed email from client and 4th circuit cases research | | | |
| | J.B. Reaves | 0.60 hrs. | 200.00/hr. | 120.00 |
| 08/01/08 | Reviewed Acorn case (4th Circuit) | | | |
| | J.B. Reaves | 0.50 hrs. | 200.00/hr. | 100.00 |
| 08/04/08 | Compiled Motion to Dismiss research | | | |
| | J.B. Reaves | 0.10 hrs. | 200.00/hr. | 20.00 |
| 08/15/08 | Communicate with client | | | |
| | S.E. Noona | 0.10 hrs. | 375.00/hr. | 37.50 |
| 08/17/08 | Email exchange with S.E. Noona re: Reply Brief in support of Motion to Dismiss | | | |
| | J.B. Reaves | 0.20 hrs. | 200.00/hr. | 40.00 |
| 08/18/08 | Reviewed opposition brief | | | |
| | J.B. Reaves | 0.50 hrs. | 200.00/hr. | 100.00 |
| 08/18/08 | Conference with S.E. Noona and R.J. Conrod re: Reply research | | | |
| | J.B. Reaves | 0.30 hrs. | 200.00/hr. | 60.00 |
| 08/18/08 | Meet with S. E. Noona re: research | | | |
| | R.J. Conrod, Jr. | 0.30 hrs. | 250.00/hr. | 75.00 |
| 08/18/08 | Research re: pleading of direct copying | | | |
| | R.J. Conrod, Jr. | 1.20 hrs. | 250.00/hr. | 300.00 |
| 08/19/08 | Research re: issues for reply brief | | | |
| | R.J. Conrod, Jr. | 5.60 hrs. | 250.00/hr. | 1,400.00 |
| 08/19/08 | Telephone conference with R.J. Conrod, Jr. regarding research status | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 08/20/08 | Review extension e-mails | | | |
| | R.J. Conrod, Jr. | 0.10 hrs. | 250.00/hr. | 25.00 |
| 08/20/08 | Meet with S. E. Noona re: extension e-mails | | | |
| | R.J. Conrod, Jr. | 0.10 hrs. | 250.00/hr. | 25.00 |
| 08/22/08 | Research and draft memorandum for reply brief | | | |
| | R.J. Conrod, Jr. | 2.50 hrs. | 250.00/hr. | 625.00 |
| 08/22/08 | E-mail to in-house counsel re: research and draft of memorandum for reply brief | | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | 250.00/hr. | 50.00 |
| **TOTAL FOR L120 - Analysis/Strategy** | | **13.60** | | **$3,377.50** |

## L130   L130 - Experts/Consultants

| | | | | |
|---|---|---|---|---|
| 07/28/08 | Telephone conferences with in-home counsel | | | |
| | J.B. Reaves | 0.30 hrs. | 200.00/hr. | 60.00 |
| **TOTAL FOR L130 - Experts/Consultants** | | **0.30** | | **$60.00** |

## L140   L140 - Document/File Mgt.

| | | | | |
|---|---|---|---|---|
| 07/28/08 | Review research regarding deposit of copyright | | | |

**L140    L140 - Document/File Mgt.**

| | | | | |
|---|---|---|---|---|
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 08/23/08 | Review research and related issues | | | |
| | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| 08/23/08 | Review memorandum from R.J. Conrod, Jr. | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |

**TOTAL FOR L140 - Document/File Mgt.**          **1.10**                              **$412.50**

**L190    L190 - Other Case Assessment,**

| | | | | |
|---|---|---|---|---|
| 07/31/08 | Check citation format and verify authority of case law | | | |
| | L.A. Claywell | 2.60 hrs. | 160.00/hr. | 416.00 |
| 08/01/08 | Complete checking citation format and verify authority of case law cited in brief | | | |
| | L.A. Claywell | 0.80 hrs. | 160.00/hr. | 128.00 |
| 08/17/08 | Communicate with H. Lane | | | |
| | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |

**TOTAL FOR L190 - Other Case**          **3.60**                              **$619.00**
**Assessment,**

**L210    L210 - Pleadings**

| | | | | |
|---|---|---|---|---|
| 07/28/08 | Revise brief regarding Motion to Dismiss | | | |
| | S.E. Noona | 0.70 hrs. | 375.00/hr. | 262.50 |
| 07/28/08 | Telephone conference with H. Lane and J.B. Reaves regarding Motion to Dismiss brief | | | |
| | S.E. Noona | 0.60 hrs. | 375.00/hr. | 225.00 |
| 07/29/08 | Drafted conversion section of Motion to Dismiss Brief | | | |
| | J.B. Reaves | 1.90 hrs. | 200.00/hr. | 380.00 |
| 07/29/08 | Revised Motion to Dismiss Brief | | | |
| | J.B. Reaves | 0.40 hrs. | 200.00/hr. | 80.00 |
| 07/29/08 | Review conversion insert and related materials | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 07/29/08 | Review materials and draft of Brief from H. Lane | | | |
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 07/30/08 | Revise portion of Brief in Support of Motion to Dismiss | | | |
| | S.E. Noona | 0.80 hrs. | 375.00/hr. | 300.00 |
| 07/31/08 | Revised Motion to Dismiss | | | |
| | J.B. Reaves | 1.20 hrs. | 200.00/hr. | 240.00 |
| 07/31/08 | Review draft of Brief regarding Motion to Dismiss | | | |
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 07/31/08 | Telephone conference with H. Lane and J.B. Reaves regarding Brief in Support of Motion to Dismiss | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 07/31/08 | Revise Brief in Support of Motion to Dismiss | | | |

NBC UNIVERSAL, INC.

## L210    L210 - Pleadings

| | | | | |
|---|---|---|---|---|
| | S.E. Noona | 2.20 hrs. | 375.00/hr. | 825.00 |
| 07/31/08 | Revise Declaration in Support of Motion to Dismiss | | | |
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 08/01/08 | Revisions to Motion to Dismiss Brief | | | |
| | J.B. Reaves | 1.00 hrs. | 200.00/hr. | 200.00 |
| 08/01/08 | Revise Brief on Motion to Dismiss | | | |
| | S.E. Noona | 4.50 hrs. | 375.00/hr. | 1,687.50 |
| 08/01/08 | Review revisions from H. Lane to Brief | | | |
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 08/01/08 | Revise Declaration for Motion to Dismiss | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 08/15/08 | Review opposition to motion for summary judgment | | | |
| | S.E. Noona | 0.80 hrs. | 375.00/hr. | 300.00 |
| 08/15/08 | Review issues raised in opposition to motion | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 08/16/08 | Review opposition to motion for summary judgment | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 08/18/08 | Review briefing on Motion to Dismiss | | | |
| | R.J. Conrod, Jr. | 0.30 hrs. | 250.00/hr. | 75.00 |
| 08/18/08 | Meeting with K&C associate regarding reply brief | | | |
| | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| 08/18/08 | Telephone conference with H. Lane regarding reply brief | | | |
| | S.E. Noona | 0.90 hrs. | 375.00/hr. | 337.50 |
| 08/19/08 | Meet with S. E. Noona re: issues for reply brief | | | |
| | R.J. Conrod, Jr. | 0.50 hrs. | 250.00/hr. | 125.00 |
| 08/20/08 | Communicate with H. Lane | | | |
| | S.E. Noona | 0.10 hrs. | 375.00/hr. | 37.50 |
| 08/20/08 | Telephone conference with opposing counsel regarding extension and related issues | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 08/20/08 | Communicate with H. Lane | | | |
| | S.E. Noona | 0.10 hrs. | 375.00/hr. | 37.50 |
| 08/22/08 | Review status of research regarding Reply Brief | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 08/25/08 | Discussion with R.J. Conrod, Jr. re: electronic filing; electronically file consent motion for extension of time to file reply brief | | | |
| | B.T. Hogge | 0.40 hrs. | 140.00/hr. | 56.00 |
| **TOTAL FOR L210 - Pleadings** | | **21.40** | | **$7,043.50** |

**L240    L240 - Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| 08/25/08 | Coordinate Motion to Extend Deadline and Order | | | |
| | R.J. Conrod, Jr. | 0.30 hrs. | 250.00/hr. | 75.00 |
| **TOTAL FOR L240 - Dispositive Motions** | | **0.30** | | **$75.00** |

| | | |
|---|---|---|
| | TOTAL FOR SERVICES | $12,670.00 |

**DISBURSEMENTS AND OTHER FIRM CHARGES**

| | | |
|---|---|---|
| 07/31/08 | KCO, LLC: Payment of Inv# 295; Special courier runs and CD burning | 25.00 |
| 07/31/08 | KCO, LLC: Payment of Inv# 295; Special courier runs and CD burning | 12.50 |
| 07/31/08 | KCO, LLC: Payment of Inv# 299; Special courier runs; CD burning | 25.00 |
| 08/06/08 | KCO, LLC: Payment of Inv# 302; Special courier runs | 12.50 |
| 08/25/08 | Computerized legal research charges | 430.95 |
| 08/25/08 | PACER search | 3.68 |
| 08/25/08 | PACER search | 0.28 |
| 08/25/08 | Document reproduction charges @ .10 per page | 3.80 |
| | TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES | $513.71 |

| | |
|---|---|
| **CURRENT BILLING FOR THIS MATTER** | **$13,183.71** |
| **BALANCE FORWARD FROM PRIOR BALANCE** | **$5,303.56** |
| **TOTAL DUE FOR THIS MATTER** | **$18,487.27** |

Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| J.B. Reaves | 11.60 | 200.00 | $2,320.00 |
| L.A. Claywell | 3.40 | 160.00 | $544.00 |
| B.T. Hogge | 0.40 | 140.00 | $56.00 |
| R.J. Conrod, Jr. | 11.10 | 250.00 | $2,775.00 |
| S.E. Noona | 18.60 | 375.00 | $6,975.00 |
| | 45.10 | | $12,670.00 |

# KAUFMAN & CANOLES

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW

September 30, 2008

NBC Universal, Inc.
Attn: Hillary Lane, Vice President-Litigation
30 Rockefeller Plaza, Room 1093E
New York, NY 10112

| | |
|---|---|
| Bill No.: | 706032 |
| Client No.: | 067460 |
| Matter No.: | 0132799 |
| | S.E. Noona |

For legal services rendered through September 25, 2008 in connection with:

ads. Cynthia Donn Tessler

## L120    L120 - Analysis/Strategy

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/26/08 | Research re: "direct copying" issues | | | |
| | R.J. Conrod, Jr. | 1.50 hrs. | 250.00/hr. | 375.00 |
| 08/26/08 | E-mail to NBC counsel summary of research re: "direct copying" issues | | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | 250.00/hr. | 50.00 |
| 08/27/08 | Telephone conference with H. Lane and R.J. Conrod, Jr. | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 08/28/08 | Conference with S.E. Noona re: pre-emption research | | | |
| | J.B. Reaves | 0.10 hrs. | 200.00/hr. | 20.00 |
| 08/28/08 | Multiple e-mails and meetings with S. E. Noona and NBC counsel re: reply brief | | | |
| | R.J. Conrod, Jr. | 4.00 hrs. | 250.00/hr. | 1,000.00 |
| 09/17/08 | Communicate with Court, opposing counsel and client | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| **TOTAL FOR L120 - Analysis/Strategy** | | **6.60** | | **$1,745.00** |

## L140    L140 - Document/File Mgt.

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/26/08 | Review MSNBC materials | | | |
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 09/23/08 | Review information from opposing counsel | | | |
| | S.E. Noona | 0.30 hrs. | 375.00/hr. | 112.50 |
| **TOTAL FOR L140 - Document/File Mgt.** | | **0.80** | | **$300.00** |

## L190    L190 - Other Case Assessment,

NBC UNIVERSAL, INC.                                                                                      September 30,

## L190   L190 - Other Case Assessment,

| 08/28/08 | Check citation format and verify authority of case law | | | |
|---|---|---|---|---|
| | L.A. Claywell | 1.70 hrs. | 160.00/hr. | 272.00 |
| 09/17/08 | Telephone conference with Clerk's office | | | |
| | S.E. Noona | 0.10 hrs. | 375.00/hr. | 37.50 |
| 09/17/08 | Review information from Court | | | |
| | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| 09/19/08 | Review issue re: hearing | | | |
| | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| **TOTAL FOR L190 - Other Case Assessment,** | | **2.20** | | **$459.50** |

## L210   L210 - Pleadings

| 08/26/08 | Review issues regarding Reply Brief | | | |
|---|---|---|---|---|
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 08/27/08 | Review draft brief | | | |
| | R.J. Conrod, Jr. | 0.40 hrs. | 250.00/hr. | 100.00 |
| 08/27/08 | Telephone conference with H. Lane re: brief | | | |
| | R.J. Conrod, Jr. | 0.30 hrs. | 250.00/hr. | 75.00 |
| 08/27/08 | Revise brief | | | |
| | R.J. Conrod, Jr. | 0.40 hrs. | 250.00/hr. | 100.00 |
| 08/27/08 | Meet with S. E. Noona re: brief | | | |
| | R.J. Conrod, Jr. | 0.30 hrs. | 250.00/hr. | 75.00 |
| 08/27/08 | E-mail to S. E. Noona re: brief | | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | 250.00/hr. | 50.00 |
| 08/27/08 | Review research issue and Opposition to Motion to Dismiss | | | |
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 08/27/08 | Review Amended Complaint and related pleadings | | | |
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 08/27/08 | Revise Reply Brief | | | |
| | S.E. Noona | 1.50 hrs. | 375.00/hr. | 562.50 |
| 08/28/08 | Revise reply brief | | | |
| | R.J. Conrod, Jr. | 1.10 hrs. | 250.00/hr. | 275.00 |
| 08/28/08 | File reply brief | | | |
| | R.J. Conrod, Jr. | 0.30 hrs. | 250.00/hr. | 75.00 |
| 08/28/08 | Revise Reply Brief | | | |
| | S.E. Noona | 3.70 hrs. | 375.00/hr. | 1,387.50 |
| 08/28/08 | Meeting with R.J. Conrod, Jr. regarding revisions to Reply Brief | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 08/28/08 | Telephone conference with H. Lane to discuss Reply Brief | | | |

NBC UNIVERSAL, INC.                                                                                         September 30, 2008

**L210    L210 - Pleadings**

|  | S.E. Noona | 0.70 hrs. | 375.00/hr. | 262.50 |
|---|---|---|---|---|
| 08/29/08 | Review issue regarding 8/28/08 filing | | | |
|  | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 08/29/08 | Telephone conference with opposing counsel | | | |
|  | S.E. Noona | 0.30 hrs. | 375.00/hr. | 112.50 |
| 09/16/08 | Review Order from Court and related issues | | | |
|  | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 09/16/08 | Communicate with H. Lane regarding Order from Court | | | |
|  | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |

**TOTAL FOR L210 - Pleadings**                         **12.30**                              **$4,237.50**

**L430    L430 - Written Motions and Sub**

| 09/22/08 | Review issues regarding scheduling hearing on pending motion | | | |
|---|---|---|---|---|
|  | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 09/22/08 | Communicate with opposing counsel regarding pending Motion | | | |
|  | S.E. Noona | 0.30 hrs. | 375.00/hr. | 112.50 |

**TOTAL FOR L430 - Written Motions and Sub**     **0.70**                              **$262.50**

**L450    L450 - Trial and Hearing Atten**

| 09/23/08 | Telephone conference with Clerk of Court regarding hearing date | | | |
|---|---|---|---|---|
|  | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| 09/23/08 | Communicate with client regarding hearing | | | |
|  | S.E. Noona | 0.30 hrs. | 375.00/hr. | 112.50 |
| 09/23/08 | Telephone conferences (2) with opposing counsel and review related issues | | | |
|  | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 09/24/08 | Telephone conference with Judge's Clerk and review scheduling issues | | | |
|  | S.E. Noona | 0.30 hrs. | 375.00/hr. | 112.50 |

**TOTAL FOR L450 - Trial and Hearing Atten**     **1.20**                              **$450.00**

TOTAL FOR SERVICES                                                                          $7,454.50

DISBURSEMENTS AND OTHER FIRM CHARGES

| 09/25/08 | Long distance telephone charges | 3.83 |
|---|---|---|
| 09/25/08 | Computerized legal research charges | 645.45 |
| 09/25/08 | PACER search | 2.72 |
| 09/25/08 | Postage | 1.43 |
| 09/25/08 | Document reproduction charges @ .10 per page | 3.20 |

TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES                          $656.63

NBC UNIVERSAL, INC.                                                     September 30

| | |
|---|---|
| **CURRENT BILLING FOR THIS MATTER** | **$8,111.13** |
| **BALANCE FORWARD FROM PRIOR BALANCE** | **$18,487.27** |
| **TOTAL DUE FOR THIS MATTER** | **$26,598.40** |

### Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| J.B. Reaves | 0.10 | 200.00 | $20.00 |
| L.A. Claywell | 1.70 | 160.00 | $272.00 |
| R.J. Conrod, Jr. | 8.70 | 250.00 | $2,175.00 |
| S.E. Noona | 13.30 | 375.00 | $4,987.50 |
| | 23.80 | | $7,454.50 |

# KAUFMAN & CANOLES

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW

December 30, 2008

NBC Universal, Inc.
Attn: Hillary Lane, Vice President-Litigation
30 Rockefeller Plaza, Room 1093E
New York, NY 10112

| | |
|---|---|
| Bill No.: | 724208 |
| Client No.: | 067460 |
| Matter No.: | 0132799 |
| | S.E. Noona |

For legal services rendered through December 25, 2008 in connection with:

ads. Cynthia Donn Tessler

## L110   L110 - Fact Investigation/Dev

| Date | Description | | | |
|---|---|---|---|---|
| 12/11/08 | Review issue regarding obtaining transcript of hearing | | | |
| | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| 12/13/08 | Review issue regarding objection to preemptive ruling | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 12/19/08 | Check citation format and verify authority of case law | | | |
| | L.A. Claywell | 0.60 hrs. | 160.00/hr. | 96.00 |
| **TOTAL FOR L110 - Fact Investigation/Dev** | | **1.20** | | **$321.00** |

## L120   L120 - Analysis/Strategy

| Date | Description | | | |
|---|---|---|---|---|
| 12/08/08 | Review report and recommendation | | | |
| | R.J. Conrod, Jr. | 0.50 hrs. | 250.00/hr. | 125.00 |
| 12/08/08 | Telephone conference with client re: response to report and recommendation | | | |
| | R.J. Conrod, Jr. | 1.00 hrs. | 250.00/hr. | 250.00 |
| 12/08/08 | Telephone conference with H. Lane re: opinion and strategy moving forward | | | |
| | S.E. Noona | 1.10 hrs. | 375.00/hr. | 412.50 |
| 12/08/08 | Review strategy for moving forward | | | |
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 12/09/08 | Meetings with S. E. Noona re: objections to Report and Recommendation | | | |
| | R.J. Conrod, Jr. | 0.50 hrs. | 250.00/hr. | 125.00 |
| 12/09/08 | Telephone conference with opposing counsel and review of related issues regarding objections to Magistrate Judge's Report and Recommendation | | | |
| | S.E. Noona | 0.30 hrs. | 375.00/hr. | 112.50 |

NBC UNIVERSAL, INC.                                                                December 21

**L120    L120 - Analysis/Strategy**

| 12/09/08 | Review issues raised by telephone conference with opposing counsel and potential objection to Magistrate Judge's Report and Recommendations | | | |
|---|---|---|---|---|
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 12/11/08 | Research re: Report and Recommendation | | | |
| | R.J. Conrod, Jr. | 1.20 hrs. | 250.00/hr. | 300.00 |
| 12/11/08 | E-mail to S. E. Noona re: research results re: Report and Recommendation | | | |
| | R.J. Conrod, Jr. | 0.30 hrs. | 250.00/hr. | 75.00 |
| 12/11/08 | Review issues regarding objections to Magistrate's Report and Recommendation on preemption of contract claims | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 12/18/08 | Telephone conference with S. E. Noona re: timing | | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | 250.00/hr. | 50.00 |
| 12/18/08 | Review rules re: timing | | | |
| | R.J. Conrod, Jr. | 0.10 hrs. | 250.00/hr. | 25.00 |
| 12/19/08 | Research re: Objections to Report and Recommendation | | | |
| | R.J. Conrod, Jr. | 1.70 hrs. | 250.00/hr. | 425.00 |
| 12/19/08 | Review and revise objections to Magistrate Judge's Report and Recommendation | | | |
| | S.E. Noona | 1.40 hrs. | 375.00/hr. | 525.00 |
| 12/19/08 | Telephone conference with H. Lane, R.J. Conrod, Jr. regarding objections to Magistrate Judge's Report and Recommendation | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 12/23/08 | Look up rule re: objection responses | | | |
| | R.J. Conrod, Jr. | 0.10 hrs. | 250.00/hr. | 25.00 |
| 12/23/08 | Telephone conference with S. E. Noona re: rule re: objection responses | | | |
| | R.J. Conrod, Jr. | 0.10 hrs. | 250.00/hr. | 25.00 |
| **TOTAL FOR L120 - Analysis/Strategy** | | **10.20** | | **$3,112.50** |

**L210    L210 - Pleadings**

| 12/05/08 | Communicate with H. Lane re: Court's decision | | | |
|---|---|---|---|---|
| | S.E. Noona | 0.20 hrs. | 375.00/hr. | 75.00 |
| 12/06/08 | Review Court's decision dismissing all by one state court count of copyright infringement complaint; review related issues | | | |
| | S.E. Noona | 1.00 hrs. | 375.00/hr. | 375.00 |
| 12/11/08 | Draft objections to Report and Recommendation | | | |
| | R.J. Conrod, Jr. | 0.80 hrs. | 250.00/hr. | 200.00 |
| 12/12/08 | Review, revise draft of objections to Magistrate's Report and Recommendations | | | |
| | S.E. Noona | 0.50 hrs. | 375.00/hr. | 187.50 |
| 12/15/08 | Review ECF notice re: transcript | | | |
| | C.M. Sykes | 0.10 hrs. | 140.00/hr. | 14.00 |

NBC UNIVERSAL, INC.

**L210   L210 - Pleadings**

| 12/15/08 | Review transcript notice and order | | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | 250.00/hr. | 50.00 |
| 12/15/08 | Review issues regarding transcript of hearing | | | |
| | S.E. Noona | 0.10 hrs. | 375.00/hr. | 37.50 |
| 12/17/08 | E-mail to H. Lane re: prior briefs and transcript | | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | 250.00/hr. | 50.00 |
| 12/18/08 | Telephone conference with H. Lane re: objections | | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | 250.00/hr. | 50.00 |
| 12/18/08 | Meet with S. E. Noona re: objections | | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | 250.00/hr. | 50.00 |
| 12/18/08 | Review messages re: objections | | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | 250.00/hr. | 50.00 |
| 12/18/08 | Review issues regarding objections from Tessler and NBC objections | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| 12/19/08 | Telephone conferences with H. lane re: Objections to Report and Recommendation | | | |
| | R.J. Conrod, Jr. | 0.70 hrs. | 250.00/hr. | 175.00 |
| 12/19/08 | Review and revise Objections to Report and Recommendation | | | |
| | R.J. Conrod, Jr. | 0.90 hrs. | 250.00/hr. | 225.00 |
| 12/19/08 | Meet with S. E. Noona re: Objections to Report and Recommendations | | | |
| | R.J. Conrod, Jr. | 0.30 hrs. | 250.00/hr. | 75.00 |
| 12/19/08 | Review and file objections to Magistrate Judge's Report and Recommendation | | | |
| | S.E. Noona | 0.40 hrs. | 375.00/hr. | 150.00 |
| **TOTAL FOR L210 - Pleadings** | | **6.40** | | **$1,914.00** |
| | TOTAL FOR SERVICES | | | $5,347.50 |

DISBURSEMENTS AND OTHER FIRM CHARGES

| 12/18/08 | Tayloe Associates, Inc.: Payment of Inv# 15992 - Transcript of hearing conducted at United States District Court, Norfolk Division, October 10, 2008 | 56.10 |
| 12/25/08 | Computerized legal research charges | 182.57 |
| 12/25/08 | Document reproduction charges @ .10 per page | 1.50 |
| | TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES | $240.17 |

NBC UNIVERSAL, INC.                                                                    December 30

| | |
|---|---|
| **CURRENT BILLING FOR THIS MATTER** | **$5,587.67** |
| **BALANCE FORWARD FROM PRIOR BALANCE** | **$6,679.10** |
| **TOTAL DUE FOR THIS MATTER** | **$12,266.77** |

### Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| L.A. Claywell | 0.60 | 160.00 | $96.00 |
| C.M. Sykes | 0.10 | 140.00 | $14.00 |
| R.J. Conrod, Jr. | 9.40 | 250.00 | $2,350.00 |
| S.E. Noona | 7.70 | 375.00 | $2,887.50 |
| | 17.80 | | $5,347.50 |

# KAUFMAN & CANOLES

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW

January 30, 2009

NBC Universal, Inc.
Attn: Hillary Lane, Vice President-Litigation
30 Rockefeller Plaza, Room 1093E
New York, NY 10112

| | |
|---|---|
| Bill No.: | 728903 |
| Client No.: | 067460 |
| Matter No.: | 0132799 |
| | S.E. Noona |

For legal services rendered through January 28, 2009 in connection with:

ads. Cynthia Donn Tessler

| | | |
|---|---|---|
| 12/26/08 | Review issue regarding objections/response | |
| | S.E. Noona | 0.40 hrs. |
| 12/29/08 | Communicate with H. Lane regarding opposition to plaintiff's objections | |
| | S.E. Noona | 0.20 hrs. |
| 01/01/09 | Review issues re: Opposition to Plaintiff's Objections to Magistrate Judge's ruling; communicate with H. Lane. | |
| | S.E. Noona | 0.20 hrs. |
| 01/02/09 | Review response to Objections to Report and Recommendation | |
| | R.J. Conrod, Jr. | 0.20 hrs. |
| 01/02/09 | Review issue regarding filing of opposition to plaintiff's Objections to Magistrate Judge's Report and Recommendation | |
| | S.E. Noona | 0.10 hrs. |
| 01/03/09 | Review issues regarding Opposition to Objections to Report and Recommendation | |
| | S.E. Noona | 0.50 hrs. |
| 01/04/09 | Review draft of brief of H. Lane | |
| | S.E. Noona | 0.40 hrs. |
| 01/05/09 | Discussion with R.J. Conrod, Jr. re: status of file; review and revise brief in opposition to plaintiff's brief in opposition to magistrate's opinion | |
| | B.T. Hogge | 0.70 hrs. |
| 01/05/09 | Check citation format and verify authority of case law | |
| | L.A. Claywell | 1.20 hrs. |
| 01/05/09 | Telephone conversation with client re: response to objections | |
| | R.J. Conrod, Jr. | 0.20 hrs. |

NBC UNIVERSAL, INC.

January 30, 2009

| | | | |
|---|---|---|---|
| 01/05/09 | Review and revise response to objections | | |
| | R.J. Conrod, Jr. | 0.60 hrs. | |
| 01/07/09 | Review response to objections | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | |
| 01/08/09 | Finalize, revise and file response to plaintiff's objections | | |
| | R.J. Conrod, Jr. | 2.00 hrs. | |
| 01/11/09 | Review opposition to objects to Magistrate's Report | | |
| | S.E. Noona | 0.50 hrs. | |
| 01/12/09 | Research re: filing a reply brief in support of objections | | |
| | R.J. Conrod, Jr. | 0.60 hrs. | |
| 01/13/09 | Review issues regarding responses to opposing counsel's opposition | | |
| | S.E. Noona | 0.40 hrs. | |
| 01/14/09 | E-mails re: reply to response to objections | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | |
| 01/16/09 | Review timing of potential reply briefs and likelihood of filings | | |
| | S.E. Noona | 0.20 hrs. | |
| 01/17/09 | Review issues regarding potential reply brief to opposition filed by opposing counsel | | |
| | S.E. Noona | 0.40 hrs. | |

TOTAL FOR SERVICES                                                    $2,527.50

DISBURSEMENTS AND OTHER FIRM CHARGES

| | | |
|---|---|---|
| 01/28/09 | Computerized legal research charges | 360.10 |
| 01/28/09 | PACER search | 8.08 |

TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES          $368.18

| | |
|---|---|
| **CURRENT BILLING FOR THIS MATTER** | **$2,895.68** |
| **BALANCE FORWARD FROM PRIOR BILLINGS** | **$12,266.77** |
| **TOTAL DUE FOR THIS MATTER** | **$15,162.45** |

### Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| L.A. Claywell | 1.20 | 160.00 | $192.00 |
| B.T. Hogge | 0.70 | 140.00 | $98.00 |
| R.J. Conrod, Jr. | 4.00 | 250.00 | $1,000.00 |
| S.E. Noona | 3.30 | 375.00 | $1,237.50 |

NBC UNIVERSAL, INC.                                        January 30, 2009

_____                    _____
          9.20                                    $2,527.50

# KAUFMAN & CANOLES

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW

February 27, 2009

NBC Universal, Inc.
Attn: Hillary Lane, Vice President-Litigation
30 Rockefeller Plaza, Room 1093E
New York, NY  10112

| | |
|---|---|
| Bill No.: | 733824 |
| Client No.: | 067460 |
| Matter No.: | 0132799 |
| | S.E. Noona |

For legal services rendered through February 25, 2009  in connection with:

ads. Cynthia Donn Tessler

| | | | |
|---|---|---|---|
| 01/09/09 | Review ECF Notices and pleadings | | |
| | C.M. Sykes | 0.20 hrs. | |
| 02/12/09 | Review status of pending motions | | |
| | S.E. Noona | 0.10 hrs. | |
| | TOTAL FOR SERVICES | | $65.50 |

| | |
|---|---|
| **CURRENT BILLING FOR THIS MATTER** | **$65.50** |
| **BALANCE FORWARD FROM PRIOR BILLINGS** | **$15,162.45** |
| **TOTAL DUE FOR THIS MATTER** | **$15,227.95** |

### Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| C.M. Sykes | 0.20 | 140.00 | $28.00 |
| S.E. Noona | 0.10 | 375.00 | $37.50 |
| | 0.30 | | $65.50 |