# EXHIBIT C

## Summary of Fees and Costs Sought

Total Fees Sought:         $39,924.53

Total Costs Sought:        $   188.32
(less computerized legal research)

Breakdown of Fees Billed:

| | |
|---|---|
| Stephen E. Noona, Partner: | $24,728.84 |
| R. Johan Conrod, Jr., Associate[1]: | 9,672.98 |
| J. Bradley Reaves, Associate: | 2,323.45 |
| Other Associates: | 1,502.26 |
| Paralegals: | 1,697.00 |
| TOTAL FEES: | $39,924.53 |

---

[1] During the course of this litigation, Mr. Conrod was elected as a full a partner with the firm.

**Attorney Billing Rates**

| Name | 2008 | 2009 |
|---|---|---|
| Stephen E. Noona | $375 | $400 |
| R. Johan Conrod | $250 | $275 |
| J. Bradley Reaves | $200 | $225 |
| Matthew J. Carr | $160 | N/A |

**Paralegal Billing Rates**

| Name | 2008 | 2009 |
|---|---|---|
| Christina M. Sykes | $140 | $145 |
| Brenda T. Hogge | $140 | $145 |
| Bronwen A. Joyner | $120 | $125 |

**Administrative Billing Rates**

| Name | 2008 | 2009 |
|---|---|---|
| Laurie A. Claywell | $160 | $165 |
| Gayle P. Gregg | $140 | $145 |

1463514\1