# Exhibit A

**HILARY LANE**
166 East 96th Street
Apartment 3C
New York, New York 10128

## EDUCATION

| | |
|---|---|
| 2005 | **COLUMBIA UNIVERSITY GRADUATE SCHOOL OF JOURNALISM**<br>M.S. |
| 1989 | **GEORGETOWN UNIVERSITY**<br>JURIS DOCTOR, *cum laude*<br>Dean's List<br>American Criminal Law Review |
| 1985 | **STATE UNIVERSITY OF NEW YORK AT ALBANY**<br>BACHELOR OF ARTS, PSYCHOLOGY *magna cum laude*<br>Dean's List |

## EMPLOYMENT

12/05-PRES.  **NBC UNIVERSAL,** NEW YORK
VICE PRESIDENT, LITIGATION
Manage broad range of litigation including copyright, patent, employment, false advertising/unfair competition, antitrust, defamation, access, securities and general commercial matters; conduct internal investigations; advise clients on strategic issues; coordinate with intellectual property, employment and media groups. Handle certain cases entirely in house. Work closely with outside counsel. Significant expertise in electronic discovery issues.

3/05-12/05  **KAYE SCHOLER LLP,** New York
COUNSEL
Represented financial institution in complex commercial litigation arising out of Enron bankruptcy. Managed team of 15 associates and 3 paralegals through extensive discovery and multiple dispositive motions.

9/89-3/05  **ROGERS & WELLS/CLIFFORD CHANCE US LLP,** New York
COUNSEL
Extensive litigation experience representing media organizations, financial services institutions, and pharmaceutical companies in all aspects of litigation from pleading through discovery, dispositive motions and trial. Substantive areas of practice include intellectual property (copyright, trademark and patent), employment, antitrust, libel, securities, bankruptcy, banking, and general commercial litigation. Responsibilities included managing large teams of associates. Significant expertise in provisional remedies, including obtaining and opposing temporary restraining orders and preliminary injunctions.

ADDITIONAL INFORMATION

Guest Lecturer on Mass Communications Law at Fordham University School of Law

Co-author, "Tortious Interference: The Limits of Common Law Liability for Newsgathering," 4 Wm. & Mary Bill Rts. J. 1027 (with S. Baron and D. Schulz)

"What To Do When the Subpoena Comes," Broadcasting Counsel Magazine, March 2001 (with D. Schulz)

Manager Clifford Chance Rogers & Wells Libel Hotline

Member Clifford Chance Hiring Committee

Speaker at Center for Independent Journalism Conference on Press Freedom in Bucharest, Romania