
EXHIBIT A

# DAVID N. VENTKER, ESQ.
*101 West Main Street, Suite 810, Norfolk, Virginia 23510 • (757) 625-1192*
*E-mail: dventker@ventkerlaw.com*

## EMPLOYMENT

**VENTKER & WARMAN, PLLC**
2006 – PRESENT
Concentrating in Admiralty and Maritime Law, Commercial Litigation, and Representation of Small Businesses

**VENTKER & ASSOCIATES, PLLC**
*2002 – 2006*
Concentrating in Admiralty and Maritime Law, Intellectual Property, and Representation of Small Businesses

**HUFF, POOLE & MAHONEY, P.C.**
*1989 - 2002*
Member of the Firm's Executive Committee, Chairman of the Litigation Department and Maritime Law and Intellectual Property Practice Groups

**JUDGE ADVOCATE GENERAL'S CORPS, U.S. NAVY**
*Lieutenant Commander, JAGC, USNR, 1982 - 1989*
Tours of Duty in Charleston, South Carolina, Sigonella, Sicily, and Norfolk, Virginia

## EDUCATION

**OHIO STATE UNIVERSITY COLLEGE OF LAW**
*J.D. With Honors, 1982*
Articles Editor, Ohio State Law Journal

**OHIO STATE UNIVERSITY**
*B.A. With Distinction, Economics, 1979*

## QUALIFICATIONS

- Admitted to Practice in the Supreme Court of the United States, United States Court of Appeals for the Fourth Circuit, United States District Court for the Eastern District of Virginia, United States District Court for the Eastern District of North Carolina, Supreme Court of Virginia, Supreme Court of North Carolina, and Ohio Supreme Court (inactive)

- Proctor in Admiralty, Maritime Law Association of the United States

- Chairman, Inland Waters and Towing Committee, Maritime Law Association of the United States

- Member of the Southeastern Admiralty Law Institute

## EXPERIENCE

Admiralty:

- Regional counsel for various tugboat companies and fishing fleets for claims including collisions, groundings, personal injuries, and oil spills

- Representation of vessel owners and shippers for cargo claims

Current clients include, in no particular order:

- Dominion Virginia Power
- Dominion North Carolina Power
- McAllister Towing and Transportation Co., Inc.
- McAllister Towing of Virginia, Inc.
- Chesapeake Energy Services, LLC
- Dependable Auto Shippers, Inc.
- Century Strategies, LLC
- Adani Virginia, Inc.
- Bay Bridge Enterprises, LLC
- Sunderland Marine Mutual Insurance Co. Ltd.
- International Marine Underwriters
- ACE USA
- Branch Banking and Trust Company
- Dann Marine Towing, Inc.

---
**DAVID N. VENTKER, ESQ.**
*101 West Main Street, Suite 810, Norfolk, Virginia 23510 • (757) 625-1192*
*E-mail: dventker@ventkerlaw.com*