# UNITED STATES DISTRICT COURT

_____ EASTERN _____ District of _____ VIRGINIA _____
                                Norfolk Division

CYNTHIA DONN TESSLER

                                                    **BILL OF COSTS**
V.

NBC UNIVERSAL, INC.              Civil Action No.:   2:08cv234


Judgment having been entered in the above entitled action on __March 31, 2009__ against __Plaintiff__,
                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ _____ |
| Fees for service of summons and subpoena | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 56.10 |
| Fees and disbursements for printing | _____ |
| Fees for witnesses (itemize on reverse side) | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | _____ |
| Docket fees under 28 U.S.C. 1923 | _____ |
| Costs as shown on Mandate of Court of Appeals | _____ |
| Compensation of court-appointed experts | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | _____ |
| Other costs (please itemize) | _____ |
| **TOTAL** | **$ 56.10 *** |

*See Attachment A

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Duncan G. Byers, Counsel for Plaintiff, Cynthia Donn Tessler

Signature of Attorney: _____

Name of Attorney: Stephen E. Noona, Esquire

For: Defendant, NBC Universal, Inc.                    Date: April 14, 2009
       Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
Clerk of Court                          Deputy Clerk                              Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted bylaw. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice for other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (in Part)
"Entry of the judgment; shall not be delayed for the taxing of costs."

# INVOICE

Tayloe Associates, Inc.
253 West Bute Street
Norfolk, VA 23510
Phone: 757-461-1984   Fax: 757-461-5454

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15992 | 12/17/2008 | 11757 |
| Job Date | Case No. | |
| 10/10/2008 | 2:08cv234 | |
| Case Name | | |
| Tessler v. NBC | | |
| Payment Terms | | |
| Net 45 | | |

R. Johan Conrod, Jr., Esquire
Kaufman & Canoles
150 West Main Street, Suite 2100
Norfolk, VA 23510-1609

One Copy of Hearing
   Cynthia Donn Tessler v National Broadcasting Company                                56.10

**TOTAL DUE >>>**                                                                        **$56.10**

Delivered 12/17/08

Thank you for using Tayloe Associates!

RECEIVED DEC 17 2008

**Tax ID:** 54-1436256

*Please detach bottom portion and return with payment.*

R. Johan Conrod, Jr., Esquire
Kaufman & Canoles
150 West Main Street, Suite 2100
Norfolk, VA 23510-1609

Job No.    : 11757           BU ID    : NORF-MAIN
Case No.   : 2:08cv234
Case Name  : Tessler v. NBC

Invoice No. : 15992          Invoice Date : 12/17/2008
**Total Due** : **$ 56.10**

Remit To: **Tayloe Associates, Inc.**
**253 West Bute Street**
**Norfolk, VA 23510**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# KAUFMAN & CANOLES
## | A Professional Corporation |
### Attorneys and Counselors at Law

SUNTRUST BANK
Hampton Roads, Virginia
68-2/510

CHECK NO. 287877

**Fifty Six & 10/100**

| | DATE | AMOUNT |
|---|---|---|
| | December 18, 2008 | **56.10** |

PAY TO THE ORDER OF  Tayloe Associates, Inc.
253 West Bute Street
Norfolk, VA 23510

KAUFMAN & CANOLES
OPERATING EXPENSE ACCOUNT

BY *Teresa D. Hall*

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈" 287877 "⑈

---

December 18, 2008   Check Number 287877   Check Amount **56.10**
Tayloe Associates, Inc., 253 West Bute Street, Norfolk, VA 23510

| Voucher Date | Voucher# | Voucher Description |
|---|---|---|
| 12/18/2008 | 15992 | 10402 File# 132799 - Tessler v. NBC Universal, Inc.<br>RJC/vbv<br>Payment of Inv# 15992 - Transcript of hearing conducted at United States District Court, Norfolk Division, October 10, 2008. |

December 18, 2008   Check Number 287877   Check Amount **56.10**
Tayloe Associates, Inc., 253 West Bute Street, Norfolk, VA 23510

| Voucher Date | Voucher# | Voucher Description |
|---|---|---|
| 12/18/2008 | 15992 | 10402 File# 132799 - Tessler v. NBC Universal, Inc.<br>RJC/vbv<br>Payment of Inv# 15992 - Transcript of hearing conducted at United States District Court, Norfolk Division, October 10, 2008. |

## Certification of Counsel of Good Faith Efforts to Narrow Costs Issues

Counsel hereby certifies that a good faith effort has been made between counsel to narrow the issues relating to the attached Bill of Costs. Counsel will continue those efforts and will apprise the Court of any additional progress made as promptly as possible.

_____
Stephen E. Noona
VSB No. 25367
Kristan B. Burch
VSB No. 42640
R. Johan Conrod, Jr., Esq.
(VSB No. 46765)
*Counsel for Defendant NBC Universal, Inc.*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com
kbburch@kaufcan.com
rjconrod@kaufcan.com

Dated: April  14th , 2009

                                          Respectfully submitted,

                                          _____
                                          Stephen E. Noona
                                          VSB No. 25367
                                          Kristan B. Burch
                                          VSB No. 42640
                                          R. Johan Conrod, Jr., Esq.
                                          (VSB No. 46765)
                                          *Counsel for Defendant NBC Universal, Inc.*
                                          KAUFMAN & CANOLES, P.C.
                                          150 West Main Street, Suite 2100
                                          Norfolk, VA  23510
                                          Telephone:  (757) 624-3000
                                          Facsimile:  (757) 624-3169
                                          senoona@kaufcan.com
                                          kbburch@kaufcan.com
                                          rjconrod@kaufcan.com

1463603\1

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Duncan G. Byers
VSB No. 48146
Duncan G. Byers, P.C.
142 W. York Street, Suite 910
Norfolk, VA 23510
Telephone: (757) 227-3340
Facsimile: (757) 227-3341
duncan.byers@byers-ip.com

    /s/ Stephen E. Noona
Stephen E. Noona
VSB No. 25367
Kristan B. Burch
VSB No. 42640
R. Johan Conrod, Jr.
VSB No. 46765
*Counsel for Defendant NBC Universal, Inc.*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com
kbburch@kaufcan.com
rjconrod@kaufcan.com