## Attachment A

NBC Universal, Inc. ("NBCU") filed a Motion for Attorneys Fees and Costs as a Prevailing Party on April 13, 2009. As part of that motion, NBCU has claimed the $56.10 sought in this Bill of Costs along with other nontaxable costs and attorneys fees under Rule 54(d) of the Federal Rules of Civil Procedure and 17 U.S.C. § 505. That motion and the supporting memorandum of law and declarations provide the detailed backup and support for the $56.10 sought in this Bill of Costs as well as all the other costs and attorneys fees sought.

1464789\1